IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO.: 7:23-CR-47 (WLS-TQL) |
| | : |
| JUSTIN JACOBY JACKSON and JULIE CANFIELD, | : |
| | : |
| Defendants. | : |

## **ORDER**

On May 17, 2024, the Court Ordered (Doc. 55) counsel for all Parties to file a Response no later than Friday, May 31, 2024, indicating whether the Court should notice the case for a pretrial conference, and to file the appropriate separately labeled motion if necessary. Counsel for Defendant Canfield and the Government failed to respond by that deadline. Counsel for Defendant Canfield and the Government were therefore Ordered (Doc. 61) to show cause why the Court should not issue sanctions for failure to comply with a Court Order.

Counsel for Defendant Canfield and the Government have responded. (Docs 63 & 64). Those Parties explain that due to absences of counsel from their respective offices during the response period, they inadvertently missed the deadline to respond. The Court acknowledges the responses, and the Parties' compliance with the show cause Order. The apology is accepted by the Court, and it finds that no sanction is necessary or appropriate. The Court reminds counsel that in cases of foreseeable absence, they have a duty to put measures in place to ensure that Court orders are timely complied with in their absence.

Additionally, Defendant Canfield indicated in her late response to the Court's Order that "counsel of the Defendant has conferred with the Government and both agree that the case is not ready for trial and should be continued past the August 2024 trial term to afford the parties time to complete this process[.]" (Doc. 62 at 1). Once again, Defense counsel has failed to file a separate motion to continue and, instead, appends a request to continue onto a response—despite being specifically instructed not to do so. If counsel believes a continuance

1

is warranted, she should file the appropriate, separate, motion, with sufficient information from which the Court can make the required findings to continue a trial in a criminal case. Otherwise, the Court will notice the trial for the August 2024 trial term.

**SO ORDERED**, this 6th day of June 2024.

                                                                    /s/ W. Louis Sands  
                                                                    **W. LOUIS SANDS, SR. JUDGE**  
                                                                    **UNITED STATES DISTRICT COURT**