**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO.: 7:23-CR-47 (WLS-TQL) |
| | : |
| JUSTIN JACOBY JACKSON and JULIE CANFIELD, | : |
| | : |
| Defendants. | : |

## ORDER

Before the Court is Defendant Julie Canfield's ("Defendant Canfield") "Unopposed Motion for Continuance of Trial in the Interest of Justice[.]" (Doc. 69). Therein, Defendant Canfield moves the Court to continue the trial in the above-captioned case to continue plea negotiations.

Based on Defendant Canfield's stated reasons and the fact that the Government does not oppose the Motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Motion (Doc. 69) is **GRANTED**. The trial for both Defendants in the above-captioned matter is hereby **CONTINUED** to the Valdosta Division November 2024 term and its conclusion, or as may be otherwise ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 10th day of June 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1