**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:23-CR-47 (WLS-TQL) |
| | : | |
| JUSTIN JACOBY JACKSON, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## ORDER

The Court held a Change of Plea Hearing on October 29, 2024. At that hearing, the Government asked the Court to file certain portions of the plea agreement under seal. Defendant indicated that he had no objection. The Court **ORDERS** the Parties to provide two copies of the plea agreement on the docket consistent with the following instructions.

One copy shall have the paragraphs identified by Counsel at the hearing redacted and shall be filed publicly on the docket. The other shall be unredacted plea agreement, but will be filed under seal. The Clerk is **DIRECTED** to file the unredacted copy under seal until further order of the Court.

**SO ORDERED**, this 30th day of October 2024.

/s/ **W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**